880 A.2d 1213

**In the Matter of Marlene Evelyn JOSEPH.**

**Petition for Reinstatement.**

**No. 961 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

July 15, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of July, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board

dated April 13, 2005, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.